RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
**WILLIAM M. HUMPHRIES, IDAHO STATE BAR NO. 11709**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST., STE 500
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-9375
Email: Bill.Humphries@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY M. WILSON,<br><br>Defendant. | Case No.<br><br>**COMPLAINT** |

The United States of America, on behalf of the U.S. Commodity Futures Trading Commission (CFTC), through its undersigned attorneys, and as a cause of action against Cody M. Wilson (Defendant), states as follows:

1. The CFTC is, and at all times relevant to this action was, an agency of the United States of America with the duty to enforce the provisions of the Commodity Exchange Act, 7 U.S.C. Chapter 1.  7 U.S.C. § 9(4)

2. This is a complaint for collection of a penalty issued by the CFTC pursuant to 7 U.S.C. §§ 9 and 9a.  7 U.S.C. § 9a.

COMPLAINT - 1

3. The Court's jurisdiction arises under 28 U.S.C. §§ 1345 and 1355(a). *See also* 7 U.S.C. § 9a (If a person does not pay a penalty when due, "the Commission may refer the matter to the Attorney General who shall recover such penalty by action in the appropriate United States district court.").

4. Defendant lives, and at all relevant times has lived, in Idaho. Venue is proper in the District of Idaho.

5. On August 26, 2021, the CFTC issued an Order Instituting Proceedings Pursuant to Section 6(c) and (d) of the Commodity Exchange Act, Making Findings, and Imposing Remedial Sanctions (Order) against Defendant.

6. The Order is attached hereto as Exhibit A and is incorporated herein in its entirety as part of this complaint.

7. As stated in the Order, the CFTC found and concluded that Defendant violated the Commodity Exchange Act and corresponding regulations, specifically 7 U.S.C. § 6m(1) and 17 C.F.R. § 4.20(a)-(c). Without admitting or denying the findings and conclusions in the Order, Defendant consented to the entry of the Order and its provisions.

8. Under Article VI of the Order, among other things, Defendant must pay a monetary penalty of $150,000.00 within ten days of the entry of the Order. If the amount is not paid within the specified time, post-judgment interest accrues from the date of the Order (i.e., August 26, 2021) at the post-judgment interest rate pursuant to 28 U.S.C. § 1961.

9. Defendant has not paid the monetary penalty of $150,000.00. The deadline in the Order to pay the penalty has passed.

10. Because of Defendant's failure to pay, the post-judgment interest rate of 0.07% applies from August 26, 2021, forward.

COMPLAINT - 2

11.     Defendant has not appealed the Order.

12.     "If the person against whom the money penalty is assessed fails to pay such penalty after the lapse of the period allowed for appeal or after the affirmance of such penalty, the Commission may refer the matter to the Attorney General . . . ." 7 U.S.C. § 9a.  The Attorney General "shall recover such penalty by action in the appropriate United States district court." *Id.*

## **PRAYER FOR RELIEF**

The United States files this action to recover, and prays for, a judgment for (1) the penalty amount of $150,000.00; (2) interest of 0.07% from August 26, 2021, through the date of the entry of a judgment; (3) post-judgment interest on that total amount of the judgment at the then existing post-judgment interest rate pursuant to 28 U.S.C. § 1961; and (4) costs of the action.

Respectfully submitted this 24th day of January 2022.

>                                         RAFAEL M. GONZALEZ, JR.
>                                         UNITED STATES ATTORNEY
>                                         By:
>
>                                         /s/_____
>                                         WILLIAM M. HUMPHRIES
>                                         ASSISTANT UNITED STATES ATTORNEY

COMPLAINT - 3